FILED
2010 Feb-08  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CONNIE WILLIAMS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:09-CV-765-RDP |
| **MIDLAND CREDIT MANAGEMENT, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff's Motion to Voluntarily Dismiss (Doc. #19), filed February 4, 2010. Plaintiff's Motion is **GRANTED**; accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this ___8th___ day of February, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE